UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORMACK MEDICAL, INC.<br><br>                Plaintiff,<br><br>v.<br><br>HAND INNOVATIONS, INC. and<br>HAND INNOVATIONS, LLC,<br><br>                Defendants. | Civ. No. 04-12613 (RGS) |

## NOTICE OF APPEARANCE

Mark W. Batten and Eben A. Krim hereby notice their appearance as counsel for the Defendant, Hand Innovations, LLC, in this matter. All pleadings, correspondence, and notices should be directed to Mr. Batten and Mr. Krim at the address below.

Respectfully submitted,

HAND INNOVATIONS LLC,
DEFENDANT

By their attorneys,

/s/ Eben A. Krim
Mark W. Batten (BBO No. 566211)
Eben A. Krim (BBO No. 652506)
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110-2600
Tel: (617) 526-9850
Fax: (617) 526-9899

Dated: January 11, 2005

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by first-class mail, postage prepaid, this 11th day of January, 2005.

/s/ Eben A. Krim

5508/35394-001   BNLIB1/9821v1