UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CORMACK MEDICAL, INC.

Plaintiff,

v.                                        Civ. No. 04-12613  (RGS)

HAND INNOVATIONS, INC. and
HAND INNOVATIONS, LLC,

Defendants.

**ASSENTED-TO MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO
ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants, Hand Innovations, Inc. and Hand Innovations, LLC (referred to collectively

as "Hand Innovations" or "Defendants")[1], file this assented-to motion for the Court to extend

until January 26, 2005 the date by which Hand Innovations is required to answer, move, or

otherwise respond to the Complaint.  Counsel for Plaintiff, Cormack Medical, Inc., has assented

to this extension of time and it is the first such extension filed in this action.

WHEREFORE, Hand Innovations respectfully requests that the Court extend until

January 26, 2005 the date by which it is required to answer, move, or otherwise respond to the

Complaint.

---

[1] Hand Innovations, LLC in the successor in interest to Hand Innovations, Inc.

Respectfully submitted,

HAND INNOVATIONS, INC. AND
HAND INNOVATIONS LLC,
DEFENDANTS

By their attorneys,


/s/ Eben A. Krim
Mark W. Batten (BBO No. 566211)
Eben A. Krim (BBO No. 652506)
PROSKAUER ROSE LLP
One International Place, 14th Floor
Boston, MA 02110-2600
Tel:  (617) 526-9850
Fax: (617) 526-9899

Dated:  January 11, 2005

2

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____ )
                                          )
CORMACK MEDICAL, INC.                     )
                                          )
Plaintiff                                 )
                                          )
v.                                        )   Civil Action No.  04 12613 RGS
                                          )
HAND INNOVATIONS, INC. and                )
HAND INNOVATIONS, LLC                     )
                                          )
          Defendants                      )
                                          )
_____ )

## CERTIFICATE OF SERVICE

I, Eben A. Krim, hereby certify that on the 11th day of January, 2005, I caused a copy of

the *Notice of Appearance and Assented-to Motion for Extension of Time for Defendants to*

*Answer, Move, or Otherwise Respond to the Complaint* to be served by first class mail, postage

prepaid on all counsel listed in the attached Service List.


Respectfully Submitted,

PROSKAUER ROSE LLP


  /s/Eben A. Krim_____
Eben A. Krim (BBO #652506)
PROSKAUER ROSE LLP
One International Place
Boston, MA 02110-2600
Tel: (617) 526-9600
Fax: (617) 526-9899

**SERVICE LIST**

L. Seth Stadfeld, Esq.
WESTON, PATRICK, WILLARD & REDDING
84 State Street, 11th Floor
Boston, MA 02109-2299

Mitchell A. Kramer, Esq.
KRAMER & KRAMER, LLP
1077 Rydal Road, Suite 100
Rydal, PA 19046

Barbara H. Kramer, Esq.
KRAMER & KRAMER, LLP
24 Frank Lloyd Wright Drive, Lobby C
Ann Arbor, MI 48105