UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORMACK MEDICAL, INC. <br><br> Plaintiff, <br><br> v. <br><br> HAND INNOVATIONS, INC. and <br> HAND INNOVATIONS, LLC, <br><br> Defendants. | Civ. No. 04-12613 (RGS) |

## CORPORATE DISCLOSURE STATEMENT

     Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Defendants, Hand Innovations, Inc. and Hand Innovations, LLC (referred to collectively as "Defendants") state that Hand Innovations, LLC is the parent company to Hand Innovations, Inc. and that there is no parent corporation for Hand Innovations, LLC. There is no publicly traded company that owns 10% or more of either Hand Innovations, Inc. or Hand Innovations, LLC's stock.

     This 26th day of January, 2005.

                      Respectfully submitted,

                      HAND INNOVATIONS, INC. AND
                      HAND INNOVATIONS LLC,
                      DEFENDANTS

                      By their attorneys,

                      /s/ Eben A. Krim
                      Mark W. Batten (BBO No. 566211)
                      Eben A. Krim (BBO No. 652506)
                      PROSKAUER ROSE LLP
                      One International Place, 14th Floor
                      Boston, MA 02110-2600
                      Tel: (617) 526-9850
                      Fax: (617) 526-9899

Dated: January 26, 2005