IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORMACK MEDICAL, INC.<br>30 Turnpike Road, Suite 3<br>Southborough, MA 01772<br><br>Plaintiff<br><br>v.<br><br>HAND INNOVATIONS, INC.<br>8905 SW 87th Avenue, Suite 220<br>Miami, FL 33176<br><br>Defendant | Civil Action No.<br><br>**04 12613 RGS**<br><br>**JURY TRIAL DEMANDED** |

MOTION FOR APPEARANCE OF
MITCHELL A. KRAMER AND BARBARA H. KRAMER
PRO HAC VICE FOR PLAINTIFF

The undersigned attorney, L. Seth Stadfeld, hereby moves this court to permit the appearance, *pro hac vice,* of Mitchell A. Kramer, Esq. and Barbara H. Kramer, Esq., members in good standing of the Bar of the Commonwealth of Pennsylvania and the State of Michigan, respectively, for plaintiff, Cormack Medical, Inc.

As grounds for this motion, the undersigned certifies as follows:

1. Mitchell A. Kramer is personally known to me to be a member in good standing of the Bar of the Commonwealth of Pennsylvania and practices at the firm of Kramer & Kramer, LLP, 1077 Rydal Road, Suite 100, Rydal, Pennsylvania 19046 (Telephone 215-887-9030).

2. Barbara H. Kramer is personally known to me to be a member in good standing of the Bar of the State of Michigan and practices at the firm of Kramer & Kramer, LLP, 24 Frank

1

Lloyd Wright Drive, Lobby C, Ann Arbor, Michigan 48105 (Telephone 734-930-5452).

3. No disciplinary proceedings are pending against either of them as members of the bar in any jurisdiction. They are familiar with the local rules of this Court

4. I am a member in good standing of the Massachusetts Bar and of the Bar of this Court and am a member of Weston, Patrick, Willard & Redding, a professional association, 84 State Street, Boston, Massachusetts 02109 (Telephone 617-742-9310).

WHEREFORE, L. Seth Stadfeld, Esquire, respectfully moves this Court to permit the admission, *pro hac vice*, of Mitchell A. Kramer, Esquire and Barbara H. Kramer, Esquire as counsel for Plaintiffs in the above-referenced matters.

Respectfully submitted:

Dated: 12/15/04

L. Seth Stadfeld, BBO #476220
Weston, Patrick, Willard & Redding
84 State Street
Boston, MA  02109
(617) 742-9310
Local Counsel for Plaintiff