AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

CORMACK MEDICAL, INC.

v.

HAND INNOVATIONS, INC. AND
HAND INNOVATIONS, LLC

SUMMONS IN A CIVIL ACTION

CASE NUMBER:  04 12613 RGS

**04 12613 RGS**

TO: (Name and address of Defendant)

Hand Innovations, Inc. and Hand Innovations, LLC
8905 SW 87th Avenue, Suite 220
Miami, FL  33176

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

L. Seth Stadfeld, Esq.
84 State Street, 11th Floor
Boston, MA  02109-2299

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  12/15/2004