IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CORMACK MEDICAL, INC.
    Plaintiff

v.

HAND INNOVATIONS, INC. and
HAND INNOVATIONS, LLC
    Defendants

Civil Action No. 04-12613 (RGS)

**[PROPOSED] JOINT STATEMENT AND SCHEDULING**
**I  ORDER PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE**
**16.1 ORDER PURSUANT TO FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1, representatives of Plaintiff Cormack Medical, Inc. and Defendant Hand Innovations, Inc. and Hand Innovations, LLC. conferred via telephone on April 28, 2005. These meetings were attended by:

For Plaintiff:    Mitchell A. Kramer
Kramer & Kramer, LLP
1077 Rydal Road, Suite 100
Rydal, PA 19046
(215) 887-9030

Barbara H. Kramer
Kramer & Kramer, LLP
24 Frank Lloyd Wright Drive, Lobby E
Ann Arbor, MI 48105
(734) 930-5452

For Defendant:    Mark W. Batten
Eben A. Krim
Proskauer Rose LLP
One International Place
22nd Floor
Boston, MA 02110

(617) 526-9624

The parties hereby submit the following Joint Statement in connection with the Scheduling Conference to be held on May 17, 2005.

1. **Matters to be Discussed at Conference.** The parties will appear prepared to discuss the following issues, with Barbara Kramer appearing via telephone:

   a   A proposed pretrial schedule for the case that includes the plan for discovery and deadlines;

   b   Anticipated dispositive and pretrial motions;

   c   Alternative Dispute Resolution; and

   d   Settlement.

2. **Schedule for Discovery.**

   Set forth below by the parties is their jointly proposed schedule for discovery, the filing of dispositive motions, and trial. Plaintiff has already served requests for production and admission, and interrogatories.

| EVENT | DATE |
| --- | --- |
| Amendments to pleadings | May 21, 2005 |
| Automatic Disclosures | Pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2 must be served by May 31, 2005. |
| Close of fact discovery including depositions and written discovery (with discovery responses to be served sufficiently in advance of deadline to be responded to by deadline). | December 2, 2005 |
| Plaintiff's identification of expert witnesses and disclosure information pursuant to Fed. R. Civ. P. 26(b) | January 13, 2006 |

| | |
|---|---|
| Defendant's identification of expert witnesses and disclosure information pursuant to Fed. R. Civ. P. 26(b) | February 24, 2006 |
| Close of expert discovery | March 17, 2006 |
| Dispositive motions | March 31, 2006 |
| Settlement conference | To be determined by Court |
| Final pretrial conference | To be determined by Court |
| Trial | To be determined by Court |

    3.    Discovery Limits. The parties have agreed to jointly propose that discovery be conducted pursuant to the limits set forth in Local Rule 26.1(C). Each party shall reserve its right to seek by motion additional discovery, with good cause shown.

    4.    Settlement. Pursuant to Local Rule 16.1(C), Plaintiff tendered its written settlement proposal to Defendant on May 3, 2005. Defendant will be prepared to respond to this settlement proposal on or before May 17, 2005.

    5.    Trial by Magistrate Judge. The parties are not prepared to consent to trial by a Magistrate Judge.

    6.    Budget and Alternative Dispute Resolution. Counsel for all parties have conferred with their respective clients concerning establishing a budget for litigation and the use of Alternative Dispute Resolution ("ADR"). At this juncture, the parties are not interested in

ADR. The parties agree to consider mediation or arbitration on an ongoing basis as an option for the resolution of this matter. The parties have attached their certifications required pursuant to Local Rule 16.1(D)(3).

7.  Modification of Schedule. All dates set forth herein may be modified by written agreement of the parties and approval of the Court, or upon motion to the Court for good cause shown.

8.  Service on Opposing Counsel. Service of any pleadings, notices, motions, memoranda, or other papers shall be effected: (1) by hand; (2) by overnight courier; or (3) by fax or regular mail.

Dated:      Boston, Massachusetts
            ~~April~~ , 2005
            May 10

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Cormack Medical, Inc. | Hand Innovations, Inc.<br>Hand Innovations, LLC |
| By its attorneys, | By its attorneys, |
| *[signature]*<br>Mitchell A. Kramer<br>Kramer & Kramer, LLP<br>1077 Rydal Road, Suite 100<br>Rydal, PA 19046<br>(215) 887-9030<br><br>Barbara H. Kramer<br>Kramer & Kramer, LLP<br>24 Frank Lloyd Wright Drive, Lobby E<br>Ann Arbor, MI 48105<br>(734) 930-5452<br><br>L. Seth Stadfeld (BBO # 514875)<br>Ronald E. Harding (BBO # 641007)<br>Weston, Patrick, Willard, & Redding, PA<br>84 State Street, 11th Floor<br>Boston, MA 02109<br>(617) 742-9310 | *[signature]*<br>Mark W. Batten<br>Eben A. Krim<br>Proskauer Rose LLP<br>One International Place<br>22nd Floor<br>Boston, MA 02110<br>(617) 526-9624 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORMACK MEDICAL, INC. <br><br> Plaintiff, <br><br> v. <br><br> HAND INNOVATIONS, INC. and <br> HAND INNOVATIONS, LLC, <br><br> Defendants. | Civ. No. 04-12613 (RGS) |

## CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned hereby certify and affirm that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the above litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
HAND INNOVATIONS, INC. AND
HAND INNOVATIONS LLC.
BY: MICKEY MOORE
TITLE: Chief Financial Officer

_____
Mark W. Batten (BBO No. 566211)
Eben A. Krim (BBO No. 652506)
PROSKAUER ROSE LLP
One International Place, 22nd Floor
Boston, MA 02110-2600
Tel: (617) 526-9850
Fax: (617) 526-9899

Dated: May 9, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORMACK MEDICAL, INC.<br><br>Plaintiff<br><br>v.<br><br>HAND INNOVATIONS, INC. and<br>HAND INNOVATIONS, LLC<br><br>Defendants | )<br>)<br>)   Civil Action No. 04-12613 (RGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 16.1(d)(3) CERTIFICATION

Mitchell A. Kramer, attorney for plaintiff, Cormack Medical, Inc., and William Cormack, President of Cormack Medical, Inc., submit this certification pursuant to Local Rule 16.1(d)(3). We have conferred on establishing a budget for the costs of conducting the full course and various alternative courses of the litigation in this matter. We have also conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4. However, at this juncture, the parties are not interested in submitting the matter for resolution through ADR. The parties agree to consider mediation or arbitration on an ongoing basis as an option for the resolution of this matter.

_____
MITCHELL A. KRAMER

_____
WILLIAM CORMACK