IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORMACK MEDICAL, INC.<br><br>Plaintiff<br><br>v.<br><br>HAND INNOVATIONS, INC. and<br>HAND INNOVATIONS, LLC<br><br>Defendants | Civil Action No. 04 12613 RGS<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE CLERK OF THE COURT:

The above-captioned matter is hereby Dismissed with Prejudice pursuant to the Stipulation of Counsel.

Dated: _____

_____
Mitchell A. Kramer,
Attorney for Plaintiff
Kramer & Kramer, LLP
1077 Rydal Road, Suite 100
Rydal, PA 19046
(215) 887-9030

Dated: 11/28/05

_____
Eben Krim,
Attorney for Defendent
Proskauer Rose LLP
One International Place
Boston, MA 02110
(617) 526-9850

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record by first-class mail, postage prepaid, this 28th day of November, 2005.

                                    /s/Eben Krim
                                    Eben Krim